IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT Of NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EX PARTE |
| v. | ) ORDER FOR WRIT |
| | ) OF HABEAS CORPUS |
| DAMION MILLER | ) AD TESTIFICANDUM |
| PID# 190195 | ) 3:05CR00339 |
| Defendant. | ) |

To: Sheriff Jim Pendergraph, Mecklenburg County Sheriff Office, 700 E. 4th St., Charlotte, NC 28202

To: United States Marshall, United States Courthouse Building, 401 W. Trade St., Charlotte, NC 28202

Upon Motion of the Defendant filed on or about September 29, 2006, requesting that he be temporarily transferred from the custody of the United States Marshall to the custody of the Mecklenburg County Sheriff, this court finds after careful review and consideration that good cause has been shown to support said temporary transfer and hereby grants the motion and hereby orders:

**1.** The Defendant, **Damion Miller**, be temporarily transferred from the custody of the United States Marshall to the custody of the Mecklenburg County Sheriff and from the Mecklenburg County Jail to the Mecklenburg County Courthouse, 700 East Trade St., Charlotte, NC Juvenile Court, Rm. 4402 for a Termination of Parental Rights hearing involving the Mecklenburg County Department of Social Services regarding the alleged neglect, dependency or abuse of his children, Dazire and Alyse Miller on October 3, 2006 at 1:30pm.

2. The Mecklenburg County Sheriff's department shall use the same security and restraints as used by the United States Marshall when transporting a prisoner, and shall be returned to the custody of the United States Marshall immediately upon the conclusion of said hearing.

Entered: This 3rd day of October, 2006.

United States Magistrate/District Court Judge


cc USMS